UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TARAS NYKORIAK,

    Plaintiff,

                                    Case No. 14-13646

v.

                                    Hon. John Corbett O'Meara

AMCOL SYSTEMS, INC., *et al.*,

    Defendants.
_____/

**ORDER DISMISSING COMPLAINT**
**FOR FAILURE TO PROSECUTE**

    Because Plaintiff has taken no steps to prosecute this action, including responding to discovery requests and cooperating in preparing the joint final pretrial order, the court issued an Order to Show Cause on September 30, 2015. The order gave Plaintiff until October 16, 2015, to demonstrate why this action should not be dismissed. To date, Plaintiff has not responded to the Order to Show Cause.

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's complaint is DISMISSED for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Judgment will be entered in favor of Defendants.

                                                      s/John Corbett O'Meara
                                                      United States District Judge

Date:  November 12, 2015

      I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, November 12, 2015, using the ECF system and/or ordinary mail.

                                            <u>s/William Barkholz</u>
                                            Case Manager